BEFORE THE THIRD DIVISION, SEPTEMBER 11, 1944

**No. 49707.**—Protest 104686–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the merchandise in question consists of papier-mâché articles the same as those the subject of *Strauss-Eckardt Co.* v. *United States*, T. D. 48272.   The protest was therefore sustained as to the two lots in question.

SEPTEMBER 7, 1944

**No. 49708.**—SUIT 4459.—
    *United States* v. *Joseph Fischer as Liquidating Agent of Schmoll Fils Assd., Inc., et al.*   Reap. Dec. 5881 modified (32 C. C. P. A. 62, C. A. D. 286).

SEPTEMBER 8, 1944

**No. 49709.**—SUIT 4445.—                        —*United States* v. *William Herman Wepner.*   C. D. 733 affirmed (32 C. C. P. A. 30, C. A. D. 282).

SEPTEMBER 11, 1944

**No. 49710.**—SUIT 4455.—
    *Geo. S. Bush & Co., Inc.* v. *United States.*   C. D. 773 affirmed (32 C. C. P. A. 56, C. A. D. 285).